<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| MELINDA BAIR, ) | |
| ) | Civil Action |
| Plaintiff ) | No. 09-cv-00549 |
| ) | |
| vs. ) | |
| ) | |
| LIFE INSURANCE COMPANY OF ) | |
| NORTH AMERICA, ) | |
| ) | |
| Defendant ) | |

<u>O R D E R</u>

NOW, this 12th day of October, 2011, upon consideration of the Statement of Objection to the Admissibility of Any Evidence Beyond the Administrative Record of Defendant Life Insurance Company of North America; upon consideration of defendant's motion for judgment on partial findings made orally on the record at the non-jury trial of this matter on July 7, 2011; and for the reasons articulated in the accompanying Opinion,

<u>IT IS ORDERED</u> that defendant's objection is overruled.

<u>IT IS FURTHER ORDERED</u> that defendant's motion for judgment on partial findings is granted.

<u>IT IS FURTHER ORDERED</u> that judgment is entered in favor of defendant Life Insurance Company of North America and against plaintiff Melinda Bair.

<u>IT IS FURTHER ORDERED</u> that the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:


/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge